## STATE OF CONNECTICUT *v.* LIAM MCKIERNAN

The defendant's petition for certification for appeal from the Appellate Court, 78 Conn. App. 182 (AC 22223), is denied.

NORCOTT and PALMER, Js., did not participate in the consideration or decision of this petition.

*Richard W. Callahan,* special public defender, in support of the petition.

*Proloy K. Das,* former special deputy assistant state's attorney, in opposition.

Decided September 9, 2003

## STATE OF CONNECTICUT *v.* TROY LOPES

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 78 Conn. App. 264 (AC 22596), is denied.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in support of the petition.

*Pamela S. Nagy,* special public defender, in opposition.

Decided September 9, 2003

## STATE OF CONNECTICUT *v.* TROY LOPES

The defendant's petition for certification for appeal from the Appellate Court, 78 Conn. App. 264 (AC 22596), is denied.

*Pamela S. Nagy,* special public defender, in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided September 9, 2003